# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| KIRSCH RESEARCH AND DEVELOPMENT, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> DUPONT DE NEMOURS, INC.; E.I. DU PONT DE NEMOURS AND COMPANY, <br><br> Defendants. | Civil Action No. 5:20-cv-00057-RWS <br><br> **LEAD CASE** |

## NOTICE OF DEFENDANTS' PROPOSED TECHNICAL ADVISOR

Pursuant to Dkt. No. 189, Defendants DuPont de Nemours, Inc., E.I. du Pont de Nemours and Company, FT Synthetics, Inc. and Atlas Roofing Corporation (collectively, "Defendants") notify the Court of their following proposal:

The patents in suit do not cover inventions geared toward mechanical or electrical engineering. Instead, given the subject matter of the patents-in-suit, and the terms to be construed, including, for example, "a polypropylene coating…" [Dkt. No. 209], a technical advisor with a chemical engineering background is best suited to assist the Court. As such, Defendants propose Mr. Shane Nelson, who has a chemical engineering degree, as a technical advisor. Mr. Nelson's contact information is listed below, and his CV is attached to this Notice as Ex. A.

> Mr. Shane Nelson
> Park, Vaughan and Fleming LLP
> 5847 San Felipe, Suite 1700
> Houston, Texas 77057
> Telephone: (713) 821-1541
> Email: shane@parklegal.com

Mr. Nelson has served as a technical advisor in this district and before this Court. He has also confirmed that he has no conflicts with the parties and is available for the May 5, 2021 *Markman* hearing[1]. [Dkt. No. 187].

In the event the Court does not select a chemical engineer as the technical advisor for this case, Defendants, in the alternative, propose Mr. David Keyzer as a technical advisor. Mr. Keyzer has confirmed that he has no conflicts with the parties and is available for the May 5, 2021 *Markman* hearing[2]. [Dkt. No. 187]. Mr. Keyzer's contact information is listed below and his CV is attached to this Notice as Ex. B.

> Mr. David Keyzer
> Law Office of David Keyzer, P.C.
> 5170 Golden Foothill Parkway
> El Dorado Hills, CA 95762
> Telephone: (916) 243-5259
> Email: david@keyzerlaw.com

---

[1] The Court's First Amended Docket Control Order [Dkt. No. 187] lists the week of April 19, 2021 as alternative dates for the *Markman* hearing. Mr. Nelson is available April 19-21 for the alternative *Markman* hearing dates.

[2] Mr. Keyzer is available April 19-21 for the alternative *Markman* hearing dates.

**NOTICE OF DEFENDANTS' PROPOSED TECHNICAL ADVISOR – Page 2**

Respectfully submitted,

*/s/ Jennifer H. Doan*
Jennifer H. Doan
Texas Bar No. 08809050
J. Randy Roeser
Texas Bar No. 24089377
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: 903.255.1000
Facsimile: 903.255.0800
Email: jdoan@haltomdoan.com
Email: rroeser@haltomdoan.com

Kathryn L. Clune (DC Bar No. 468784)
Crowell & Moring LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: 202.624.2705
kclune@crowell.com

Jacob Z. Zambrzycki (NY Bar No. 4786240)
Crowell & Moring LLP
590 Madison Ave., 20th Floor
New York, NY 10022
Telephone: 212.803.4012
jzambrzycki@crowell.com

**DEFENDANTS DUPONT DE NEMOURS, INC.; E.I. DU PONT DE NEMOURS AND COMPANY; FT SYNTHETICS, INC.**

/s/ *Trey Yarbrough*
Trey Yarbrough
Texas Bar No. 22133500
YARBROUGH WILCOX, PLLC
100 E. Ferguson St., Suite 1015
Tyler, Texas 75702
Phone:  (903) 595-3111
Fax:  (903) 595-0191
trey@yw-lawfirm.com

Updeep S. (Mickey) Gill (pro hac vice)
(Lead Counsel)
usg@nixonvan.com
H. Warren Burnam, Jr. (pro hac vice)
hwb@nixonvan.com
Joseph A. Rhoa (pro hac vice)
jar@nixonvan.com
Sheri L. Gordon (pro hac vice)
slg@nixonvan.com
NIXON & VANDERHYE P.C.
901 N. Glebe Rd., 11th Floor
Arlington, VA 22203
Phone:  (703) 816-4000
Fax:  (703) 816-4100

**DEFENDANT ATLAS ROOFING CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 19th day of March, 2021.

/s/ *Jennifer H. Doan*
Jennifer H. Doan

**NOTICE OF DEFENDANTS' PROPOSED TECHNICAL ADVISOR – Page 4**

## CERTIFICATE OF CONFERENCE

      Pursuant to Local Rule CV-7(h), the undersigned certifies that counsel for Defendants met and conferred with counsel for Plaintiff on multiple dates, including March 17, 2021, regarding the proposed technical advisors.  The parties were unable to reach agreement.

                                           */s/ Jennifer H. Doan*
                                           Jennifer H. Doan