# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| KIRSCH RESEARCH AND DEVELOPMENT, LLC, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 5:20-CV-00057-RWS |
| v. | § § § | |
| DUPONT DE NEMOURS, INC., E.I. DU PONT DE NEMOURS AND COMPANY, | § § § | **(LEAD CASE)** |
| Defendants. | § § § | |
| v. | § § § | |
| ATLAS ROOFING CORPORATION, | § § | CIVIL ACTION NO. 5:20-CV-00055-RWS |
| Defendant. | § § § | **(CONSOLIDATED CASE)** |
| v. | § § § | |
| FT SYNTHETICS INC., | § § | CIVIL ACTION NO. 5:20-CV-00058-RWS |
| Defendant. | § | **(CONSOLIDATED CASE)** |

## **ORDER**

Before the Court are the parties' notices of proposed technical advisors. Docket Nos. 211, 212. In the notices, the parties state that they could not reach an agreement on a technical advisor. The Court thus **APPOINTS** Scott Woloson as technical advisor with his costs to be assessed equally between Plaintiff and Defendants and timely paid as billed. The parties are

**ORDERED** to send courtesy copies of claim construction briefs, exhibits and technology tutorials no later than one business day after the date of this order or when such documents are filed: (1) in PDF form to scott@scottwolosonlaw.com; and (2) in paper form, double-sided, either spiral-bound or in a 3-ring binder, with tabbed exhibits to the Law Office of Scott Woloson, P.C.,

1431 Wirt Road #141, Houston, TX 77055.  If the document was filed with the Court, the copy must include the CM/ECF header.

**So ORDERED and SIGNED this 24th day of March, 2021.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE