# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| KIRSCH RESEARCH AND DEVELOPMENT, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DUPONT DE NEMOURS, INC., E.I. DU PONT DE NEMOURS AND COMPANY,<br><br>　　　　Defendants. | CIVIL ACTION NO. 5:20-CV-00057-RWS<br><br>**(LEAD CASE)** |
| v.<br><br>ATLAS ROOFING CORPORATION,<br>　　　　Defendant. | CIVIL ACTION NO. 5:20-CV-00055-RWS<br><br>**(CONSOLIDATED CASE)** |
| v.<br><br>FT SYNTHETICS INC.,<br>　　　　Defendant. | CIVIL ACTION NO. 5:20-CV-00058-RWS<br><br>**(CONSOLIDATED CASE)** |

## ORDER

Previously, the Court appointed Scott Woloson as technical consultant to the Court in this action, with his costs to be assessed equally between Plaintiff and Defendants and timely paid as billed. Docket No. 89. The Court received Mr. Woloson's invoice for services in the amount of $34,897.68 and hereby **ORDERS** payment to be promptly made to Mr. Woloson at the Law Office of Scott Woloson, P.C., 1431 Wirt Road #141, Houston, TX 77055, as follows:

| **Party** | **Payment** |
|---|---|
| Plaintiff | $17,448.84 |
| Defendants | $17,448.84 |

| Total | $34,897.68 |

Plaintiff shall be responsible for the collection of payment and shall provide Mr. Woloson a single payment. If the parties would like to inspect the technical advisor's statement, the parties may contact the Court within 10 days from entry of this order, and the Court will provide the parties with a copy of the same.

**So ORDERED and SIGNED this 21st day of July, 2021.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE